# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DAVID JONES, | Case No. 1:16-cv-00473-LJO-BAM (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION |
| v. | (ECF No. 7) |
| ARNOLD, et al., | |
| Defendants. | |

Plaintiff Edward David Jones ("Plaintiff"), a state prisoner proceeding pro se, initiated this civil action on April 1, 2016. On August 4, 2016, the Court dismissed this action as duplicative of case number 1:16-cv-00469-DAD-BAM. (Doc. 3.) Judgment was entered accordingly that same day. (Doc. 4.) On August 15, 2016, Plaintiff filed a motion for acknowledgments. (Doc. 5.) The Court construed it as a motion for reconsideration pursuant to Federal Rule of Civil Procedure Rule 60(b)(6), and denied the motion. (Doc. 6.)

Currently before the Court is Plaintiff's motion filed on April 19, 2017. The motion is difficult to understand, containing unrelated statements about deliberate indifference, reprisals, Valley Fever cocci, an incident involving a fight between inmates,[1] issues involving medical care, administrative segregation unit placement, negligence, lack of supervision of inmates by floor staff officers, and other issues. The matters discussed in the motion appear to have occurred

---
[1] It is unclear whether Plaintiff is referring to an incident involving himself, or between other inmates.

1

during March 2017. Plaintiff asks for the Court to consider "the Defendants deliberated intentions, obstruction, and negligences." (Doc. 7, at p. 2) (errors in original). No specific form of relief is requested.

To the extent Plaintiff seeks reconsideration of the Court's orders dismissing this action as duplicative and denying his earlier motion for reconsideration, (Docs. 3, 6), Plaintiff has presented no grounds for reconsideration of the dismissal of this action. See Marlyn Nutraceuticals, Inc. v. Mucos Pharma GmbH & Co., 571 F.3d 873, 880 (9th Cir. 2009).

This action has been closed for eight months when Plaintiff filed this motion. The motion concerns events occurring long after the action was closed, and that are unrelated to this case. The Court will not entertain another motion to reconsider the judgment in this case based on arguments the Court has previously rejected, nor will it entertain motions on matters completely unrelated to this case. To the extent Plaintiff believes his rights have been violated after this action was terminated, the appropriate procedure for pursuing those claims is to file a new complaint.

Accordingly, Plaintiff's motion for reconsideration, filed on April 19, 2017 (Doc. 7), is HEREBY DENIED.

IT IS SO ORDERED.

Dated: __May 3, 2017__         _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE