# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DAVID JONES,<br><br>                    Plaintiff,<br><br>          v.<br><br>ERIC ARNOLD, et al.,<br><br>                    Defendants. | Case No.  1:16-cv-00473-LJO-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO ADMIT MISCELLANEOUS RECORDS<br><br>(ECF No. 9) |

Plaintiff Edward David Jones ("Plaintiff"), a state prisoner proceeding pro se, initiated this civil action on April 1, 2016.  On August 4, 2016, the Court dismissed this action as duplicative of case number 1:16-cv-00469-DAD-BAM.  (ECF No. 3.)  Judgment was entered accordingly that same day.  (ECF No. 4.)  Plaintiff has since filed various miscellaneous motions, which the Court has construed as motions for reconsideration and denied.  (ECF Nos. 5, 6, 7, 8.)

Currently before the Court is Plaintiff's motion to admit miscellaneous records, filed on May 30, 2017.  Again, Plaintiff's motion is difficult to understand, but Plaintiff refers to the lack of supervision of inmates by floor staff officers, contraband among inmates, inmate assaults, and the death of Plaintiff's mother after contracting Valley Fever.  Plaintiff appears to request an investigation into an alleged assault on March 13, 2017 that resulted in serious bodily injury. Plaintiff attaches various exhibits.  (ECF No. 9.) Plaintiff states that he admits these reports, records and documentation "for review."  (Id. at 1.)

1

1    This action has now been closed for ten months.  The motion concerns events occurring

2    long after the action was closed, events unrelated to this action, and events already found to be

3    duplicative of case number 1:16-cv-00469-DAD-BAM.

4         Plaintiff is advised that the Court will not serve as a repository for evidence.  Parties may

5    not file evidence with the Court until it becomes necessary to do so in connection with a motion

6    for summary judgment, trial, or the Court requests otherwise.  This action is closed and it is not

7    necessary for Plaintiff to submit evidence in connection with a motion for summary judgment or

8    trial.

9         To the extent Plaintiff believes he is in danger, or wishes to raise new claims against new

10   defendants, he has other avenues or relief available to him, including filing a new action.  The

11   issue is not that Plaintiff's allegations are not serious or that Plaintiff is not entitled to relief if

12   sought in the proper forum.  The issue is that this action cannot be used by Plaintiff to obtain the

13   relief he seeks.

14        Plaintiff is reminded that the Court will not entertain another motion to reconsider the

15   judgment in this case based on arguments the Court has previously rejected, nor will it entertain

16   motions on matters completely unrelated to this case.

17        Accordingly, Plaintiff's motion to admit miscellaneous records, filed on May 30, 2017

18   (Doc. 9), is HEREBY DENIED.  Plaintiff is advised that should he continue to submit unrelated

19   documents in this closed action, his documents will be returned to him without being filed with

20   the Court and he may be subject to sanctions.

21

     IT IS SO ORDERED.

22

23     Dated:   **June 6, 2017**                    _____/s/ Lawrence J. O'Neill_____
                                                      UNITED STATES CHIEF DISTRICT JUDGE
24

25

26

27

28